OPINION — AG — **** COUNTY GOVERNMENT **** TITLE 61 O.S. 1974 Supp., 65 [61-65], (61 O.S. 1974 Supp., 61 [61-61], 61 O.S. 1974 Supp., 62 [61-62], 61 O.S. 1974 Supp., 63 [61-63], 61 O.S. 1974 Supp., 64 [61-64], 61 O.S. 1974 Supp., 65 [61-65]) DO NOT APPLY TO COUNTIES OR OTHER POLITICAL SUBDIVISIONS OF THE STATE. CITE: 61 O.S. 1974 Supp., 102.3 [61-102.3] (TODD MARKUM)